UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Sid Brooks

| | | |
|---|---|---|
| In re: ) | | Bankruptcy Case No. |
| TERRY A. SANOFF ) | | 98-27830-DEC |
| Debtor. ) | | Chapter 7 |
| ) | | |
| ) | | |
| ) | | |
| CHILD DEVELOPMENT CENTER OF ) | | |
| COLORADO SPRINGS, INC., ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | Adversary Proceeding No. |
| ) | | 99-01206-SBB |
| TERRY A. SANOFF ) | | |
| Defendant. ) | | |

**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS***

THIS MATTER comes before the Court on the Debtor's Motion to Proceed *In Forma Pauperis* filed on June 29, 2006 (Docket # 236). The Court, having reviewed the pleading,

DOES FIND as follows:

1. The Motion to Proceed *In Forma Pauperis* does not comply with 28 U.S.C. § 1915(a) as it is not accompanied by an affidavit.

2. Moreover, the Bankruptcy Court is unable to grant the Motion to Proceed *In Forma Pauperis* as the Motion is more properly brought before and considered by the United States District Court. *See, e.g., United States v. Kras*, 409 U.S. 434 (1973).[1]

IT IS THEREFORE ORDERED that the Motion to Proceed *In Forma Pauperis* is hereby DENIED, without prejudice.

Dated this 20th day of July, 2006.

BY THE COURT:

_____
Sidney B. Brooks,
United States Bankruptcy Judge

---

[1] The Court believes that under 28 U.S.C. § 1915 it does not have the authority to authorize a litigant to proceed *in forma pauperis* in the context of an appeal in an adversary proceeding filed before the effective date of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.