IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01264-BNB

IN RE: TERRY A. SANOFF,

    Debtor.

CHILD DEVELOPMENT CENTER OF COLORADO SPRINGS, INC.,

    Plaintiff,

v.

TERRY A. SANOFF,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG - 4 2006

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING DEFENDANT TO CURE DEFICIENCY

On June 26, 2006, Debtor-Defendant Terry A. Sanoff filed in the United States Bankruptcy Court pursuant to 28 U.S.C. § 158 (1993 & Supp. 2006) a notice of appeal from the June 20, 2006, judgment entered by the Bankruptcy Court in Adversary Proceeding No. 99-01206-SBB in Bankruptcy Case No. 98-27830-MER, Chapter 7. On July 20, 2006, the Bankruptcy Court denied without prejudice Ms. Sanoff's June 29, 2006, motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (Supp. 2006). Ms. Sanoff will be directed to cure the following if she wishes to pursue her claims. Any papers which Ms. Sanoff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   XX   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by plaintiff/petitioner/applicant

(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other _____

**Complaint or Petition:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the plaintiff/petitioner/applicant
(13) ___ is incomplete
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that Ms. Sanoff cure the deficiency designated above **within thirty (30) days from the date of this order**. Any papers which Ms. Sanoff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Ms. Sanoff, together with a copy of this order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that, if Ms. Sanoff fails to cure the designated deficiency **within thirty (30) days from the date of this order**, the action will be dismissed

without further notice.  The dismissal shall be without prejudice.

DATED August 4, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01264-BNB

Terry A. Sanoff
2755 West Riverwalk Circle, Unit B
Littleton, CO 80123

I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 8/4/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk