IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1264-AP**

IN RE:

**TERRY SANOFF,**

    Debtor.

**CHILD DEVELOPMENT CENTER OF COLORADO SPRINGS, INC.**,

    Plaintiff/Appellee,

v.

**TERRY SANOFF,**

    Defendant/Appellant.

---

### ORDER

---

Kane, J.

Appellee Robert M. Duitch's Joinder in Child Development Center of Colorado Springs, Inc.'s Motion to Dismiss Terry A. Sanoff's Appeal is denied. There is no compliance with D.C.COLO.LCivR 7.1A. Even with compliance there is no basis stated in the Joinder which would permit it. The Opposition to the Joinder filed by the Appellant *pro se* is noted, but because the relief requested in the opposition in granted on the grounds stated above, no response to the opposition is necessary. Appellee Robert M. Duitch's Motion to Strike Opposition to Entry of Appearance and Joinder (doc. #16), is denied.

Appellant Terry Sanoff shall have until November 30, 2006 to respond in writing to Child Development Center's Motion to Dismiss Appeal (doc. #11), filed July 31, 2006. No

request for additional time to respond based on Appellant's *pro se* status or attempts to secure counsel will be considered. The Motion to Dismiss will be decided without oral argument and without the filing of a reply to Appellant's response.

Dated this 24th day of October, 2006.

BY THE COURT:

S/**John L. Kane**
Senior Judge, United States District Court