IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1264-AP**

IN RE:

**TERRY SANOFF,**

      Debtor.

**CHILD DEVELOPMENT CENTER OF COLORADO SPRINGS, INC.**,

      Plaintiff/Appellee,

v.

**TERRY SANOFF,**

      Defendant/Appellant.

---

## ORDER

---

Kane, J.

      Child Development Center's Motion to Dismiss Appeal (doc. #11), filed July 31, 2006, is GRANTED.   The case is not ripe for review under *Spears v. United States Trustee*, 26 F.3d 1023, 1024 (10th Circuit. 1994).  The appeal is dismissed.

      Dated this 13th day of December,2006.

                  BY THE COURT:


                  *s/John L. Kane*
                  Senior Judge, United States District Court