IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01264-JLK

Child Development Center of Colorado Springs Inc,

        Plaintiff,

v.

Terry A Sanoff,

        Defendant.

---

ORDER TO CURE DEFICIENCY

---

Kane,  Judge

      Terry A Sanoff submitted a Notice of Appeal on January 12, 2007 .  The court has determined that the document is deficient as described in this order.  Terry A Sanoff will be directed to cure the following if she wishes to pursue this appeal.

**(A)**    **Filing Fee**
      <u>X</u>     is not submitted

**(B)**    **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      __     is not submitted
      <u>X</u>     is not on proper form (must use the court's current form)
      __     is missing original signature by plaintiff/petitioner on motion
      __     is missing affidavit
      __     affidavit is incomplete
      __     is missing original signature by plaintiff/petitioner on affidavit
      __     affidavit is not notarized or is not properly notarized
      __     other_____

Accordingly, it is

1

ORDERED that Terry A Sanoff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Terry A Sanoff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Terry A Sanoff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Terry A Sanoff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 31st day of January, 2007.

BY THE COURT:


*s/John L. Kane*
 JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO